**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHUNPING LIN, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-2466-HE |
| TODD BLANCHE, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

On September 11, 2026, petitioner, a non-citizen, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. The matter was referred to United States Magistrate Judge Chris M. Stephens for preliminary review in accordance with 28 U.S.C. § 636. Respondents filed a motion to dismiss the petition as moot on the basis petitioner was removed from the United States to the People's Republic of China. No response to the motion was filed.

On September 30, 2026, the magistrate judge issued a Report and Recommendation, recommending the court grant the motion to dismiss. He advised the parties of their right to object to the Report and Recommendation no later than October 14, 2026 and the consequences for failure to timely object.

No objection was filed by either party. As a result, the right to appellate review of the factual and legal issues addressed in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #15] is **ADOPTED**. Respondents' Motion to Dismiss Petition [Doc. #14] is **GRANTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE